# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO | Case No. 3:26-cv-00939-SAC |
| Plaintiff | |
| vs. | (Magistrate Judge Camoni) |
| BETTER LIFE FOODS, INC.; EAT PRIMA, SANTA CRUZ PALEO, INC; POWERPUCK, LLC; AMAZON, INC.; SPROUTS FARMERS MARKET, INC.; FRESH THYME MARKET (LAKE VENTURES, LLC); BRENDAN RUH; JAKE LEVY; BYTEDANCE, INC.; TIKTOK (TIKTOK INC.); INSTAGRAM, LLC; RELLO CORPORATION; PAUL SALADINO; AND LINEGAGE PROVISIONS, LLC, | (Formerly Civil Division Case No. 26-cv-01525 in the Court of Common Pleas of Lackawanna County)

Electronically Filed |
| Defendants | |

## NOTICE OF CONSENT TO REMOVAL

Defendant, LAKES VENTURE, LLC D/B/A FRESH THYME MARKET ("Fresh Thyme"), incorrectly named as Fresh Thyme Market (Lakes Ventures, LLC), by and through its undersigned counsel, Rosenn Jenkins & Greenwald, LLP, and without waiving or relinquishing any defenses it may have, hereby provides notice of its consent to the removal of this action to this Court, and states as follows:

1.   On or about April 13, 2026, Defendant, Meta Platforms, Inc., incorrectly named Instagram, LLC, filed a Notice of Removal in this action pursuant

635364.1

to 28 U.S.C. §§ 1331, 1441, and 1446 ("Notice of Removal"), thereby removing this matter from the Court of Common Pleas of Lackawanna County, Pennsylvania, styled *Frank Tufano v. Better Life Foods, Inc. et al.*, No. 26-cv-01525, to this Court.

2.      Fresh Thyme was served with the Complaint on March 17, 2026, and learned of the Notice of Removal on April 14, 2026.

3.      Pursuant to 28 U.S.C. § 1446(b)(2)(C), each defendant shall have thirty (30) days after receipt by or service on that defendant of the initial pleading or summons to file a notice of removal or to consent to removal.

4.      Fresh Thyme hereby consents to and joins in the removal of this action to the United States District Court for the Middle District of Pennsylvania.

5.      This consent is timely under 28 U.S.C. § 1446(b)(2)(C).

6.      By this filing, Fresh Thyme expressly preserves all defenses, objections, and rights available to it, including but not limited to defenses under Federal Rules of Civil Procedure 12(b).

**WHEREFORE**, Defendant, LAKES VENTURE, LLC D/B/A FRESH THYME MARKET, respectfully submits this Notice of Consent to Removal and confirms its consent to the removal of this action.

*[SIGNATURE BLOCK ON NEXT PAGE]*

RESPECTFULLY SUBMITTED:

ROSENN, JENKINS & GREENWALD, LLP


BY:/S/THOMAS J. CAMPENNI, ESQUIRE
ROBERT D. SCHAUB, ESQUIRE
Attorney I.D. No. 42466
THOMAS J. CAMPENNI, ESQUIRE
Attorney I.D. No. 87809
Cross Creek Pointe
1065 Highway 315, Suite 200
Wilkes-Barre, PA 18702
(570) 826-5652 – telephone
(570) 826-5640 - facsimile


Attorneys for Defendant, LAKES VENTURE, LLC
D/B/A FRESH THYME MARKET

3