## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

      Plaintiff,

    v.

BETTER LIFE FOODS INC.; EAT PRIMA; SANTA CRUZ PALEO INC.; POWERPUCK LLC; AMAZON, INC.; SPROUTS FARMERS MARKET, INC.; FRESH THYME MARKET (LAKE VENTURES, LLC); BRENDAN RUH; JAKE LEVY; NORMAN LEVY; ROBYN LEVY; BYTEDANCE, INC.; TIKTOK (TIKTOK INC.); INSTAGRAM, LLC; RELLO CORPORATION; PAUL SALADINO; and LINEAGE PROVISIONS LLC,

      Defendants.

Case No. 3:26-cv-000939-SAC

MAGISTRATE JUDGE CAMONI

ELECTRONICALLY FILED

### DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc.,[1] by and through its undersigned counsel, hereby moves to dismiss the Amended Complaint filed by Plaintiff Frank Tufano in its entirety. The

---

[1] Plaintiff's Amended Complaint incorrectly names "Instagram, LLC" as a defendant. Meta Platforms, Inc. owns and operates the online service Instagram.

grounds supporting this Motion will be set forth in Meta's supporting memorandum of law which will be filed within fourteen (14) days pursuant to Rule 7.5 of the Local Rules of Court.

Dated:  April 20, 2026                    Respectfully submitted,

                                      /s/ Richard L. Armezzani

Daniel T. Brier
Richard L. Armezzani
MYERS, BRIER & KELLY LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
rarmezzani@mbklaw.com

*Counsel for Defendant*
*Meta Platforms, Inc.*

## CERTIFICATE OF NON-CONCURRENCE

I, Richard L. Armezzani, hereby certify that concurrence was sought from Plaintiff, Frank Tufano in this Motion.  Mr. Tufano does not concur in the relief sought by this Motion.


Date: April 20, 2026                          /s/ Richard L. Armezzani
                                              Richard L. Armezzani

## CERTIFICATE OF SERVICE

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Motion To Dismiss was served upon following parties via first-class mail, postage prepaid, on this 20th day of April 2026:

Frank Tufano
25 Dundaff Street
Carbondale, PA 18407

Robert D. Schaub, Esquire
Thomas J. Campenni, Esquire
Rosenn, Jenkins & Greenwald
Cross Creek Pointe
1065 Highway 315 Boulevard, Suite 200
Wilkes-Barre, PA  18702

Jake Levy
Norman Levy
Robyn Levy
Better Life Foods, Inc.
15721 Railroad Street #Unit J
City of Industry, CA 91748

Eat Prima (Prima Protein Brands LLC)
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PowerPuck LLC
39 Viking Drive
Englewood, CO 80113

Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

Sprouts Farmers Market, Inc.
5455 E. High Street, Suite 111
Phoenix, AZ 85054

Brendan Ruh
Santa Cruz Paleo, Inc.
1945 Zapo Street
Del Mar, CA 92014

Bytedance Inc.
1199 Coleman Ave.
San Jose, CA 94110

TikTok, Inc.
5800 Bristol Parkway
Suite 100
Culver City, CA 90230

Rello Corporation
1301 N. Broadway, Ste. 32337
Los Angeles, CA 90012

Paul Saladino
Lineage Provisions LLC
1164 NW Pittman Pl.
Bend, OR 97703

/s/ Richard L. Armezzani
Richard L. Armezzani