**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO, | |
| Plaintiff, | |
| v. | |
| BETTER LIFE FOODS INC.; EAT PRIMA; SANTA CRUZ PALEO INC.; POWERPUCK LLC; AMAZON, INC.; SPROUTS FARMERS MARKET, INC.; FRESH THYME MARKET (LAKE VENTURES, LLC); BRENDAN RUH; JAKE LEVY; NORMAN LEVY; ROBYN LEVY; BYTEDANCE, INC.; TIKTOK (TIKTOK INC.); INSTAGRAM, LLC; RELLO CORPORATION; PAUL SALADINO; and LINEAGE PROVISIONS LLC, | Case No. 3:26-cv-000939-SAC  MAGISTRATE JUDGE CAMONI  ELECTRONICALLY FILED |
| Defendants. | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2026, upon consideration of Meta Platforms, Inc's Motion To Dismiss, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED;

2.    Plaintiff's Amended Complaint is DISMISSED in its entirety; and

3.    The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____

Sean A. Camoni
United States Magistrate Judge