Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

FILED
SCRANTON

MAY 1 4 2026

PER_____ Cac
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO<br><br>Plaintiff,<br><br>vs.<br><br>BETTER LIFE FOODS INC ET AL<br><br>Defendants | Case No.: 3:25-CV-00939<br><br><br>OPPOSITION TO META PLATFORMS INC.<br>MOTION TO DISMISS. |

1. Frank Tufano files this motion in response to the motion to dismiss filed by

defendant Meta on May 4, 2025, requesting it be dismissed, with brief in

support.

Dated: Monday, May 11, 2026

By:_____ /s/ Frank Tufano

Frank Tufano

OPPOSITION TO META PLATFORMS INC. MOTION TO DISMISS. - 1

**BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

1. Defendant states that Plaintiff has file dozens of meritless cases dismissed by this court, stating that they believe that stealing products and money, which are factually proven events, from Frank Tufano is meritless, which is understandable considering their probable conspiring with Freemasons and various secret societies who do not want any competition in their business, especially when they have to spend their money on legal fees. There are many businesses who's income is dependent on the consumer not knowing who Frank Tufano is, as the amount of intellectual property and product ideas that have been stolen from him is a significant basis in the current health and nutrition social media market.

2. The role of Meta in this action is their willing participation in the promotion of these stolen products, and if this was a truly fair platform, Frank Tufano's product that was launched over 6 years ago, that had been shown and attempted to promote, would have been established as the original proprietor of this type of protein bar.

3. If Plaintiff's claims are not adequately stated in the complaint, Frank Tufano requests the court address these insufficiencies and that he be granted opportunity to amend the pleading.

4. The platform has a proven history of discrimination against Frank Tufano, from banning his accounts, censoring and shadowbanning his own content, and promoting various other influencers who have stolen other business ideas and property outside of this protein bar matter.

5. It is unreasonable to expect the Plaintiff to provide additional details to support his claims until discovery has been made.

OPPOSITION TO META PLATFORMS INC. MOTION TO DISMISS. - 2

6. Frank Tufano believes his claims are adequate for the standards of a Pro Se Litigant, that are not to be held to a practicing attorney, and to remind the court that this complaint is purposed to be presented in front of a trial of Frank Tufano's peers.

Dated: Monday, May 11, 2026

7. By:    /s/ Frank Tufano

8. Frank Tufano

OPPOSITION TO META PLATFORMS INC. MOTION TO DISMISS. - 3