**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO<br><br>Plaintiff<br>vs.<br><br>BETTER LIFE FOODS, INC., ET AL.<br><br>Defendants | Case No. 3:26-cv-00939-SAC<br><br>(Magistrate Judge Camoni)<br><br>Electronically Filed |

**CERTIFICATE OF SERVICE**

THOMAS J. CAMPENNI, ESQUIRE, hereby certifies that on the 24th day of June, 2026, he caused to be served a true and correct copy of the foregoing Reply Brief in Support, by ECF to all counsel of record and via regular mail and electronic mail to:

FRANK TUFANO
25 Dundaff Street
Carbondale, PA 18407
frankatufano@gmail.com

/S/ THOMAS J. CAMPENNI, ESQUIRE
THOMAS J. CAMPENNI, ESQUIRE