**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO<br>*Plaintiff*<br>vs.<br>BETTER LIFE FOODS, INC; *et al*.<br>*Defendants.* | Case No. 3:26-cv-00939-JKM<br>(Judge Julia K. Munley)<br>Electronically Filed |

**DEFENDANT POWERPUCK, LLC'S MOTION TO STAY DISCOVERY**

Defendant PowerPuck, LLC ("PowerPuck") respectfully requests this Court to enter an Order to stay discovery between Plaintiff and Defendant PowerPuck pending this Court's ruling on PowerPuck's Motion to Dismiss Plaintiff's Amended Complaint. PowerPuck will provide the reasons supporting this Motion in an accompanying Memorandum in Support of Motion to Stay Discovery within fourteen (14) days pursuant to Local Rule 7.5.

**CERTIFICATE OF CONFERRAL PURSUANT LOCAL RULE 7.1**

In compliance with Local Rule 7.1, PowerPuck conferred in good faith with the opposing party. Plaintiff did not reply, so, it is assumed this motion is opposed.

**MOTION TO STAY DISCOVERY**

1. On May 11, 2026, PowerPuck filed a Motion to Dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(2) and Rule 8 for lack of personal jurisdiction,

which is pending before this Court. The basis for the Motion to Dismiss is that PowerPuck does not have sufficient minimum contacts with Pennsylvania, where this Court sits.

2. If the Court grants the Motion to Dismiss, the Order will eliminate Plaintiff's claims against the Defendant, rendering any discovery process moot.

3. The Court has broad discretion to stay discovery pending a dispositive motion. Staying discovery is appropriate pending a Rule 12(b)(2) and Rule 8 motion to dismiss that would render discovery moot.

4. Where there is a reason to believe that there is a "probability that said defendant corporation may not be a proper defendant and that the action may be dismissed with respect to said corporation, it would be unreasonable to require it to undergo the burden of answering interrogatories until its status as defendant is determined." *Hilton v. W.T. Grant Co.*, 212 F.Supp. 126, 130 (W.D. Pa. 1962) (the district court relieved the defendant of answering the plaintiff's interrogatories pending disposition of its motion to dismiss).

5. There is no need to initiate the discovery process this early in proceedings.

6. Plaintiff will suffer no prejudice by any delay in the pursuit of discovery in this case.

7. Conversely, PowerPuck will be significantly prejudiced as it will incur unnecessary attorney fees and costs associated with its participation in discovery in a case to which PowerPuck is not a proper defendant and has no ties to the jurisdiction.

WHEREFORE, PowerPuck respectfully requests this Court to enter an Order staying discovery with respect to Defendant PowerPuck pending this Court's ruling on PowerPuck's Motion to Dismiss Plaintiff's Amended Complaint currently before this Court.

Dated: August 19, 2026

Respectfully submitted,

*<u>/s/ Lianne Mantione</u>*

LIANNE MANTIONE, No. 318149
1000 Key Tower,
127 Public Square
Cleveland, OH 44114
T | (216) 479-8471
F | (216) 479-8500
lianne.mantione@squirepb.com

GHISLAINE BRUNER, *pro hac vice*
717 17th Street, Ste. 1825
Denver, CO 80202
T | (303) 830-1776
F | (303) 894-9239
ghislaine.bruner@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

## CERTIFICATE OF SERVICE

I certify that on August 19, 2026, I caused to be served a true and correct copy of the foregoing **Motion to Stay Discovery** by ECF to all registered counsel of record and to all other parties via the method noted below each:

FRANK TUFANO
25 Dundaff Street
Carbondale, PA 18407
***via USPS***

JAKE LEVY, NORMAN LEVY, ROBYN LEVY
BETTER LIFE FOODS, Inc.
17521 Railroad Street, Unit J
City of Industry, CA 91748
***via USPS***

EAT PRIMA
(PRIMA PROTEIN BRANDS LLC)
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
***via USPS***

FRESH THYME MARKET
*Rosenn Jenkins & Greenwald*
Thomas Campenni, Robert Schaub
***via ECF***

AMAZON.COM, INC.
*Reed Smith, LLP*
Wayne C. Stansfield
***via ECF***

SPROUTS FARMERS MARKET, INC.
5455 E. High St., Ste. 111
Phoenix, AZ 85054
***via USPS***

SANTA CRUZ PALEO, Inc.
(BRENDAN RUH)
*Danchuk Law, LLC*
Emily A. Danchuk
***via ECF***

BYTEDANCE INC.
1199 Coleman Ave.
San Jose, CA 94110
***via USPS***

TIKTOK, INC.
*Myers, Brier & Kelly, LLP*
Richard Armezzani, Daniel Brier
***via ECF***

RELLO CORPORATION
1301 N. Broadway, Ste. 32337
Los Angeles, CA 90012
***via USPS***

PAUL SALADINO
LINEAGE PROVISIONS LLC
1164 NW Pittman Pl.
Bend, OR 97703
***via USPS***

s/ *Lianne Mantione*
LIANNE MANTIONE, No. 318149