**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO<br>*Plaintiff*<br>vs.<br>BETTER LIFE FOODS, INC; *et al*.<br>*Defendants*. | Case No. 3:26-cv-00939-JKM<br>(Judge Julia K. Munley)<br>Electronically Filed |

**[PROPOSED] ORDER GRANTING DEFENDANT POWERPUCK, LLC'S MOTION TO STAY DISCOVERY**

Upon consideration of PowerPuck LLC's ("PowerPuck's") Motion to Stay Discovery and for the good cause shown,

IT IS HEREBY ORDERED that discovery between Plaintiff Frank Tufano and Defendant PowerPuck is STAYED during the pendency of PowerPuck's Motion to Dismiss.

BY THE COURT:

______________________
Julia K. Munley
United States District Court Judge