**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK TUFANO,** | : | **Civ. No. 3:26-CV-939** |
| | : | |
| **Plaintiff,** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **BETTER LIFE FOOD, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 21st day of August 2026, in accordance with the accompanying Memorandum IT IS ORDERED that the plaintiff's motion to expedite discovery, (Doc. 43) is DENIED at this time, and the motion to stay discovery (Doc. 45) is GRANTED without prejudice to renewal of discovery, if necessary, following resolution of the pending and potentially dispositive motions.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge